Todd Blanche
Acting Attorney General of the United States
Brandon Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 0 7 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:26-CR-6021-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio.: |
| AMANDA RAE TORRES, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) Possession with Intent to Distribute 500 Grams or More of Methamphetamine |
| Defendant. | |
| | 21 U.S.C. § 853 Forfeiture Allegation |

The Grand Jury charges:

On or about April 13, 2026, in the Eastern District of Washington, the Defendant, AMANDA RAE TORRES, knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT - 1

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant AMANDA RAE TORRES, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

//
//
//
//
//
//

INDICTMENT - 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 6 day of May 2026.

Todd Blanche
Acting Attorney General

Alison Gregoire
Criminal Chief

Brandon Pang
Assistant United States Attorney

INDICTMENT - 3