PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2026**

SEAN F. McAVOY, CLERK

# United States District Court

## Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| Amanda Rae Torres | ) | Case No. 4:26-CR-06021-MKD-1 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Amanda Rae Torres, have discussed with Jose Valencia, Pretrial Services/Probation Officer, modification of my release as follows:

**Addition of the following special conditions:**

Special Condition #7: Defendant shall submit to random urinalysis and Breathalyzer testing as directed by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

Special Condition #8: Defendant shall abstain totally from the use of alcohol. Defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Special Condition #9: Defendant shall surrender any enhanced driver license to United States Probation/Pretrial Services and shall not apply for a new enhanced driver license.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _signature_    7/10/26 | | _signature_    7/10/26 | |
| Signature of Defendant<br>Amanda Rae Torres | Date | Pretrial Services/Probation Officer<br>Jose Valencia | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

_signature_    8-3-26

Signature of Defense Counsel, Alex B. Hernandez            Date

☒    The above modification of conditions of release is ordered, to be effective on  8/6/2026

[ ]    The above modification of conditions of release is not ordered.

_signature_            8/5/2026

Signature of Judicial Officer            Date
Alexander C. Ekstrom