FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Aug 27, 2026
SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMANDA RAE TORRES,

Defendant.

No. 4:26-CR-06021-MKD-1

ORDER GRANTING DEFENDANT'S MOTION TO EXPEDITE AND GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

**ECF Nos. 41, 42**

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 41) and related Motion to Expedite (ECF No. 42). Defendant was represented by Chief Deputy Federal Defender Alex B. Hernandez, III, on the motions.

Defendant requests the Court modify Special Condition No. 5, which imposes home detention, to allow Defendant to attend the Step Sisters Retreat for Women at Double K. Retreat Center in Easton, Washington, from September 11, 2026, to September 13, 2026. ECF No. 41. The retreat is sponsored by Narcotics Anonymous. *Id.*

The United States Attorney's Office and the United States Probation/Pretrial Services Office have no objection to Defendant's request. *Id.* United States

Probation/Pretrial Services indicates Defendant is doing well on pretrial supervision. *Id.*

Pretrial release conditions are governed by 18 U.S.C. § 3142(c). A defendant released on conditions shall be subject to the least restrictive condition or combination of conditions to "reasonably assure the appearance of the person as required and the safety of any other person and the community." § 3142(c)(1)(B). To determine whether there are conditions that will reasonably assure the defendant's appearance and the safety of the community, courts consider four factors under § 3142(g): (1) "the nature and circumstances of the offense charged"; (2) "the weight of the evidence against the person"; (3) "the history and characteristics of the person"; and (4) "the nature and seriousness of the danger to any person or the community that would be posed by the person's release." § 3142(g)(1)–(4). Important here, courts "may at any time amend the order to impose additional or different conditions of release."

Due to Defendant's compliance while on pretrial release, the support of the parties, and the nature of the retreat, the Court finds Defendant's requested modification of Special Condition No. 5, home detention, is sufficient to reasonably assure Defendant's appearance and the safety of the community under § 3142.

\\

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Expedite (**ECF No. 42**) is **GRANTED**.

2. Defendant's Motion to Modify Conditions of Release (**ECF No. 41**) is **GRANTED**.

3. **Special Condition No. 5 (ECF No. 34) is MODIFIED** in its entirety to read **as follows:**

> 5. <u>Home Detention</u>: Defendant shall be restricted to the approved residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations. Defendant may attend other essential activities as pre-approved by the United States Probation/Pretrial Services Office, including but not limited to employment; grocery shopping; primary caregiving; religious services; medical necessities; and substance abuse testing or treatment. **Additionally, Defendant may attend the Step Sisters Retreat for Women at Double K. Retreat Center in Easton, Washington, from September 11, 2026, to September 13, 2026.**

4. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED August 27, 2026.

ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE